# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

132057

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

LAVALE LANSKI,
   Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132057
COA: 259863
Wayne CC: 04-004601-01

  On order of the Court, the application for leave to appeal the July 25, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006        _____

s1120             Clerk